

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-07-783-R**                                    Date: **April 16, 2007**

**TITLE: ALBERT M. ZLOTNICK V. COAST CAPITAL PARTNERS LLC**
==================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                    <u>Walter Ledge</u>
**Deputy Clerk**                                         **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

Louis Altman                                             Jonathan Jenkins


**PROCEEDINGS:** 1) Plaintiff's motion for leave to file 1st amended complaint to add defendant Charles Band
2) Plaintiff's motion to remand


**THE COURT DENIES EACH OF PLAINTIFF'S MOTIONS.**

**DEFENDANT SHALL SUBMIT A PROPOSED ORDER.**

DOCKETED ON CM
APR 19 2007
BY _____ 067

0/1

**MINUTES FORM 90**                                        Initials of Deputy Clerk  WH
**CIVIL -- GEN**