Jaime W. Marquart (Bar No. 200344)
jmarquart@bmchlaw.com
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone: (310) 575-3800
Facsimile: (310) 575-3802

Attorneys for Defendant Coast Capital
Partners, LLC

FILED
CLERK, U.S. DISTRICT COURT
APR 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT M. ZLOTNICK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COAST CAPITAL PARTNERS, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. CV07-783R (JTLx)<br><br>Hon. Manuel L. Real<br><br>[PROPOSED] ORDER DENYING PLAINTIFF ALBERT ZLOTNICK'S MOTION TO REMAND AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT TO ADD DEFENDANT CHARLES BAND |

{00002281 DOC - v1}

The motions of plaintiff Albert Zlotnick to remand this action to state court and for leave to file a first amended complaint to add Charles Band as a defendant came on for hearing before this Court. Louis H. Altman appeared for plaintiff and Jonathan M. Jenkins appeared defendant Coast Capital Partners, LLC. After consideration of the briefs and arguments of counsel, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to remand this action to state court is DENIED; and
2. Plaintiff's motion for leave to file a first amended complaint to add Charles Band as a defendant is DENIED.

DATED: April 19, 2007

The Hon. Manuel L. Real
United States District Judge

{00002281 DOC - v1}

- 1 -

[PROPOSED] ORDER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 10990 Wilshire Blvd., Fourth Floor, Los Angeles, California 90024.

On April 18, 2007, I served true copies of the foregoing document described as

**[PROPOSED] ORDER DENYING PLAINTIFF ALBERT ZLOTNICK'S MOTION TO REMAND AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT TO ADD DEFENDANT CHARLES BAND**

on the parties in this action as follows:

Louis H. Altman, Esq.
TAUBMAN, SIMPSON, YOUNG & SULENTOR
One World Trade Center, Suite 400
PO Box 22670
Long Beach, CA 90801
Ph: 562-436-9201
Fx: 562-590-9695

**BY MAIL:** I enclosed the foregoing into sealed envelope addressed as shown above, and I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 18, 2007, at Los Angeles, California.

_____
Renee' M. Travlos