Jaime W. Marquart (Bar No. 200344)
jmarquart@bmchlaw.com
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone: (310) 575-3800
Facsimile: (310) 575-3802

Attorneys for Defendant Coast Capital
Partners, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT M. ZLOTNICK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COAST CAPITAL PARTNERS, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. CV07-783R (JTLx)<br><br>Hon. Manuel L. Real<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT CCP'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: October 15, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Filing Date: December 8, 2006<br>Trial Date: November 6, 2007 |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

On October 15, 2007, the Court held a hearing on CCP's Motion For Summary Judgment. This motion sought summary judgment of all of Zlotnick's three remaining claims as noted in the Final Pre-Trial Conference Order.

Having reviewed CCP's original motion and the supporting evidence, Plaintiff Albert M. Zlotnick's Opposition thereto and supporting evidence, and CCP's Reply and supporting evidence, and having heard the arguments of counsel at the hearing,

[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT

1 | the Court hereby GRANTS CCP's motion for summary judgment in its entirety, and
2 | orders that judgment should be entered as to all of Zlotnick's remaining claims.
3 |
4 | It is ORDERED that summary judgment is granted as to all of plaintiffs claims
5 | and that judgment should be entered in favor of Defendant CCP.
6 |
7 | Dated: Oct. 22, 2007

The Honorable Manuel L. Real
U.S. District Judge

1  Submitted By:

BAKER MARQUART CRONE & HAWXHURST LLP

By _____
Jaime W. Marquart
Attorneys for Defendant Coast Capital Partners, LLC

{00005832 DOC - v1}

-1-
[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT