

1  Jaime W. Marquart (Bar No. 200344)
      jmarquart@bmchlaw.com
2  BAKER MARQUART CRONE & HAWXHURST LLP
   10990 Wilshire Blvd., Fourth Floor
3  Los Angeles, California  90024
   Telephone:   (310) 575-3800
4  Facsimile:    (310) 575-3802

5  Attorneys for Defendant Coast Capital
   Partners, LLC

FILED
CLERK, U S DISTRICT COURT
OCT 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10

| | |
|---|---|
| 11  ALBERT M. ZLOTNICK, an individual, | Case No.  CV07-783R (JTLx) |
| 12           Plaintiff, | Hon. Manuel L. Real |
| 13  vs. | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANT CCP'S MOTION FOR SUMMARY JUDGMENT |
| 14  COAST CAPITAL PARTNERS, LLC, and Does 1 through 50, inclusive, | |
| 15           Defendants. | Date: October 22, 2007 Time: 10:00 a.m. |
| 16 | Courtroom:          8 |
| 17 | Filing Date:       December 8, 2006 Trial Date:        November 6, 2007 |

18

19

20

21

22

23

24

25

26

27

28



DOCKETED ON CM
OCT 26 2007
BY                    019

{00006701 DOC - v1}

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1     ·    On October 22, 2007, the Court held a hearing on Coast Capital Partners,

2  LLC's ("CCP's") Motion For Summary Judgment ("Motion"). The Motion sought

3  summary judgment of all of Zlotnick's three remaining claims as noted in the Final

4  Pre-Trial Conference Order.

5     THE COURT, having considered the Motion and the supporting papers and

6  evidence filed in connection therewith, Plaintiff Albert M. Zlotnick's Opposition

7  thereto and the supporting papers filed therewith, and CCP's Reply and the

8  supporting papers filed therewith; all parties having been given notice and an

9  opportunity to be heard; and GOOD CAUSE appearing therefor;

10    HEREBY FINDS THAT:

11    1.    The Court adopts defendant CCP's Statement of Uncontroverted Facts

12  and Conclusions of Law filed in support of the Motion on September 21, 2007.

13    2.    The undisputed facts warrant summary judgment on all of plaintiff

14  Albert M. Zlotnick's remaining causes of action.

15    AND HEREBY ORDERS THAT:

16    1.    Summary judgment is GRANTED as to all of plaintiff Albert M.

17  Zlotnick's unabandoned causes of action.

18    2.    Summary judgment is ENTERED in favor of Coast Capital Partners,

19  LLC and against plaintiff Albert M. Zlotnick on all of plaintiff's unabandoned causes

20  of action.

21    3.    The trial date for this matter, November 6, 2007, is hereby VACATED.

22  ~~4.    Upon resolution of defendant Coast Capital Partners, LLC's pending~~

23  ~~motion for sanctions pursuant to Federal Rule of Civil Procedure 11, set for hearing~~

24  ~~on November 5, 2007, defendant CCP shall submit a proposed form of judg~~ment.

25

26  Dated: **Oct. 26, 2007**

27                      HON. MANUEL L. REAL

28

1  Respectfully submitted:

2  BAKER MARQUART CRONE &
3  HAWXHURST LLP

4
   By
5
6      Jaime W.  Marquart
       Attorneys for Defendant
7      Coast Capital Partners, LLC

8
   Dated:  October 25, 2007
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 10990 Wilshire Blvd., Fourth Floor, Los Angeles, California 90024.

On October 25, 2007, I served true copies of the foregoing document described as

**[PROPOSED] ORDER GRANTING DEFENDANT CCP'S MOTION FOR SUMMARY JUDGMENT**

on the parties in this action as follows:

Louis H. Altman
444 West Ocean Blvd., #1400
Long Beach, CA 90802
Ph: 562-435-3456
Fx: 562-435-6335

Louis H. Altman, Esq.
TAUBMAN, SIMPSON, YOUNG & SULENTOR
One World Trade Center, Suite 400
Long Beach, CA 90831
Ph: 562-436-9201
Fx: 562-590-9695

**BY MAIL:** I enclosed the foregoing into sealed envelope addressed as shown above, and I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2007, at Los Angeles, California.

_____
Christine P. Chou

{00006071 DOC - v1}