David B. Zlotnick, Esq., SBN 195607
LAW OFFICES OF DAVID B. ZLOTNICK
625 Broadway, Suite 635
San Diego, CA 92101
TEL:  (619) 232-0331
FAX:  (619) 232-4019

Attorneys for Plaintiff



NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS FROM A JUDGMENT OR ORDER OF THE DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT M. ZLOTNICK, an individual, | Case No. CV07-783R (JTLx) |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| COAST CAPITAL PARTNERS. LLC, and Does 1 through 50, inclusive,; | |
| Defendants. | |

1 | Please Take Notice that plaintiff, ALBERT M. ZLOTNICK, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered by the District Court on October 31, 2007 and from the Court's Order entered on November 13, 2007, which granted sanctions to Defendant Coast Capital Partners, LLC. The Court's October 29, 2007 Judgment and November 13, 2007 Order awarding sanctions are attached hereto as Exhibits A and B, respectively.

Dated: November 27, 2005

David B. Zlotnick
Attorney for Plaintiff

REPRESENTATION STATEMENT AND SERVICE LIST
PURSUANT TO CIRCUIT RULE 3-2

Plaintiff is as follows: ALBERT M. ZLOTNICK

Plaintiffs' counsel are as follows:

David B. Zlotnick, Esq.
Law Offices of David B. Zlotnick
625 Broadway, Suite 635
San Diego, CA 92101
Tel: (619) 232-0331
Fax: (619) 232-4019
(Counsel On Appeal)

Louis H. Altman, Esq.
Haberbush & Associates, LLP
444 W. Ocean Blvd., Suite 1400
Long Beach, CA 90802
(District Court Counsel)

The Defendant is as follows: COAST CAPITAL PARTNERS, LLC

Defendant's counsel is as follows:

Jaime W. Marquart, Esq.
BAKER MARQUART CRONE
  & HAWXHURST LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, CA 90024



PLAINTIFF'S EXHIBIT A
ALL-STATE LEGAL SUPPLY CO.

Jaime W. Marquart (Bar No. 200344)
jmarquart@bmchlaw.com
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone:  (310) 575-3800
Facsimile:  (310) 575-3802

Attorneys for Defendant Coast Capital
Partners, LLC

FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBERT M. ZLOTNICK, an individual, | Case No. CV07-783R (JTLx) |
| Plaintiff, | Hon. Manuel L. Real |
| vs. | [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT COAST CAPITAL PARTNERS, LLC |
| COAST CAPITAL PARTNERS, LLC, and Does 1 through 50, inclusive, | |
| Defendants. | Courtroom:  8 |

06723.DOC - v1

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT COAST CAPITAL PARTNERS, LLC

1  The Court, having granted summary judgment in favor of defendant Coast
2  Capital Partners, LLC and against plaintiff Albert M. Zlotnick on each and every
3  unabandoned claim set forth in plaintiff's Complaint.
4  NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED AS
5  FOLLOWS that:
6      1.   Judgment is entered in favor of defendant Coast Capital Partners, LLC,
7  and against plaintiff.
8      2.   Plaintiff shall take nothing by its Complaint.
9      3.   Coast Capital Partners, LLC, shall recover its costs of suit in the amount
10 of $ _____.
11
12 Dated: Oct. 29, 2007                 _____
13                                       The Honorable Manuel L. Real
14                                       United States District Judge
15
16
17 Respectfully submitted:
18 BAKER MARQUART CRONE &
19 HAWXHURST LLP
20
21 By _____
22    Jaime W. Marquart
      Attorneys for Defendant
23    Coast Capital Partners, LLC
24 Dated: October 26, 2007
25
26
27
28

36723.DOC - v1)

-2-
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT COAST CAPITAL PA



PLAINTIFF'S EXHIBIT B — ALL-STATE LEGAL SUPPLY CO.



Case 2:07-cv-00783-R-JTL   Document 71   Filed 11/13/2007   Page 1 of 5

Jaime W. Marquart (Bar No. 200344)
jmarquart@bmchlaw.com
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone: (310) 575-3800
Facsimile: (310) 575-3802

Attorneys for Defendant Coast Capital Partners, LLC

SCAN ENTER (closed)

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ALBERT M. ZLOTNICK, an individual,

Plaintiff,

vs.

COAST CAPITAL PARTNERS, LLC, and Does 1 through 50, inclusive,

Defendants.

Case No. CV07-785R (JTLx)

Hon. Manuel L. Real

[PROPOSED] ORDER GRANTING DEFENDANT CCP'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11

Date: November 5, 2007

Courtroom: 8

COPY

LODGED

2007 NOV -8 PH 3:28
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11

On November 5, 2007, the Court held a hearing on Coast Capital Partners, LLC's ("CCP's") Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 ("Motion"). The Motion sought sanctions in the amount of some or all of CCP's attorneys' fees against plaintiff Albert M. Zlotnick, Zlotnick's counsel Louis Altman, and the law firm Taubman, Simpson, Young & Sulentor, P.C.

THE COURT, having considered the Motion and the supporting papers and evidence filed in connection therewith, Plaintiff Albert M. Zlotnick's and his counsel's Opposition thereto and the supporting papers filed therewith, the *ex parte* application of the law firm Taubman, Simpson, Young & Sulentor, P.C. and the supporting papers filed therewith, and CCP's Reply and the supporting papers filed therewith; all parties having been given notice and an opportunity to be heard; and GOOD CAUSE appearing therefor;

HEREBY FINDS THAT:

1. Plaintiff Albert M. Zlotnick and his counsel Louis Altman (and not Taubman, Simpson, Young & Sulentor, P.C.) violated Federal Rule of Civil Procedure 11(b)(3) and 11(b)(1), and each are jointly and severally responsible for the violations.

2. Pursuant to Federal Rule of Civil Procedure 11(c)(3), the Court finds that the prior pleadings and testimony from plaintiff's prior actions against third parties demonstrate that both Albert M. Zlotnick and his counsel at all material times were aware, or after a reasonable inquiry should have become aware, that all of plaintiff's causes of action accrued well before the time of discovery alleged and that all of plaintiff's claims were time-barred as a result. For this and other reasons stated on the record, the Court finds that the alleged fact of late discovery in plaintiff's Complaint and subsequent filings was not supportable by the evidence and that the action was brought for an improper purpose.

3. Pursuant to Federal Rule of Civil Procedure 11(c)(2), the Court further finds that a portion of CCP's attorneys' fees and costs in the amount of $144,700.93

were incurred as a direct result of the violations noted above, that this amount in sanctions is sufficient to deter repetition of such conduct or comparable conduct by others similarly situated, and that this amount in sanctions is warranted for effective deterrence under the circumstances.

AND HEREBY ORDERS THAT:

1. Plaintiff Albert M. Zlotnick and his counsel Louis Altman are ordered, jointly and severally, to pay to CCP sanctions in the amount of $144,700.93.

Dated: Nov. 13, 2007

HON. MANUEL L. REAL

-3-
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11

11/20/2007 8:42 AM F M: Haberbush Associat TO: 9131045959809 PAGE 033 OF 043
Case 2:07-cv-00783-R-JTL   Document 72   Filed 11/28/07   Page 11 of 12   Page ID #:79

Case 2:07-cv-00783-R-JTL   Document 71   Filed 11/13/2007   Page 4 of 5

1 | Respectfully submitted:

2 | BAKER MARQUART CRONE &
3 | HAWXHURST LLP

4 |
5 | By _____
6 | Jaime W. Marquart
  | Attorneys for Defendant
7 | Coast Capital Partners, LLC

8 |
9 | Dated: November 8, 2007

11/20/2007 8:42 AM FROM: Haberbush Associat TO: 913104595809 PAGE 034 OF 043
Case 2:07-cv-00783-R-JTL Document 72 Filed 11/28/07 Page 12 of 12 Page ID #:80

Case 2:07-cv-00783-R-JTL Document 71 Filed 11/13/2007 Page 5 of 5

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 10990 Wilshire Blvd., Fourth Floor, Los Angeles, California 90024.

On November 8, 2007, I served true copies of the foregoing document described as

**[PROPOSED] ORDER GRANTING DEFENDANT CCP'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

on the parties in this action as follows:

Louis H. Altman
444 West Ocean Blvd., #1400
Long Beach, CA 90802
Ph: 562-435-3456
Fx: 562-435-6335

Louis H. Altman, Esq.
TAUBMAN, SIMPSON, YOUNG & SULENTOR
One World Trade Center, Suite 400
Long Beach, CA 90831
Ph: 562-436-9201
Fx: 562-590-9695

**BY MAIL:** I enclosed the foregoing into sealed envelope addressed as shown above, and I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2007, at Los Angeles, California.

_____
Renee' M. Travlos

{00006704.DOC v1}