UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 22 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALBERT M. ZLOTNICK, | No. 07-56749 |
| Plaintiff - Appellant, | D.C. No. CV-07-00748-R |
| v. | Central District of California, Los Angeles |
| COAST CAPITAL PARTNERS, LLC, | ORDER |
| Defendant - Appellee. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _DCM_ DEPUTY

The appellant's motion for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court

*Teresa A. Haugen*

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 1.14

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 22 2008

by _____
Deputy Clerk